THE PEOPLE OF THE STATE OF NEW YORK ex rel. MORRIS ROSENFIELD v. JAMES J. SEXTON and Others, Constituting the Commission of Taxes and Assessments of the City of New York. (Taxes of 1933.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ESTAMAX HOLDING CORPORATION v. WILLIAM STANLEY MILLER

and Others, Constituting the Commission of Taxes and Assessments of the City of New York. (Taxes of 1934–1935–1936.) — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Dore and Callahan, JJ.